Veenita D. Raj, Bar No. 216241
CLARK HILL LLP
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178

Attorneys for Defendant, MUSIC TRIBE COMMERCIAL NV, INC., a Nevada Corporation, and also as erroneously sued herein as MUSIC GROUP SERVICES NV, INC. a Nevada Corporation

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA,

| | |
|---|---|
| JULIA TAN, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>MUSIC GROUP SERVICES NV, INC. a Nevada Corporation; MUSIC TRIBE COMMERCIAL NV, INC., a Nevada Corporation; MUSIC GROUP SERVICES US, INC.; a Nevada Corporation; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:19–cv–10527–JFW (ASx)<br>The Hon. John F. Walter<br><br>**ORDER RE: STIPULATION TO REMAND REMOVED ACTION TO STATE COURT**<br><br>Courtroom : 7 A<br><br>Judge       : Hon. John F. Walter |

## ORDER

Pursuant to the Stipulation of the parties and good cause appearing, it is hereby ordered that the Sixth and Seventh Causes of Action in the Action are dismissed with prejudice; that this Action is remanded back to state court, the Superior Court for the County of Los Angeles; and all matters currently scheduled in this federal action are taken off calendar.

## IT IS SO ORDERED

Dated: _____January 17,_____, 2020

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

*Julia Tan vs. Music Group Services NV, INC., et al.*
United States District Court Central District of California – Western Division
Case No.: 2:19-cv-10527-JFW-(ASx)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is 1055 West Seventh Street, 24th Floor, Los Angeles, California 90017.

On January 17, 2020, I served the foregoing document(s) described as: **[PROPOSED] ORDER RE STIPULATION TO REMAND REMOVED ACTION TO STATE COURT AND PROPOSED ORDER**

☒ **BY CM/ECF:** The document was electronically served on the parties to this action via the mandatory United States District Court of California CM/ECF system upon electronic filing of above-described document.

☒ **BY U.S. MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons listed at the addresses below. I am readily familiar with Clark Hill's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

| | |
|---|---|
| Thomas M. Donovan | ***Counsel for Plaintiff Julia Tan*** |
| LAW OFFICE OF THOMAS M. DONOVAN | Phone: 310/260-6016 |
| 11900 W. Olympic Blvd., Suite 450 | |
| Los Angeles, CA 90064 | |

☒ **FEDERAL** I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 17, 2020 at Los Angeles, California.

*/s/ Jeri Lynn Gregory*
Jeri Lynn Gregory

1
**CERTIFICATE OF SERVICE**